884

■ SAMUEL D. BIERMAN, Respondent, v. NEWTON D. BARTLE, as Trustee in Bankruptcy of Onondaga Operating Corporation, Bankrupt, Appellant, et al., Defendant.— Judgment and order insofar as appealed from unanimously affirmed, with costs. (Appeal from judgment and part of an order of Onondaga Supreme Court confirming the report of KINGSLEY, Referee, and awarding plaintiff judgment of foreclosure. The part of the order appealed from relieved plaintiff of furnishing a bill of particulars and granted his motion for summary judgment.) Present — Williams, P. J., Bastow, Goldman, McClusky and Henry, JJ.

■ BERNICE GARZONE, Respondent, v. ROSE M. IOCONA et al., Appellants.— Judgment unanimously affirmed, with costs. (Appeal from judgment of Monroe Trial Term for plaintiff in an automobile negligence action.) Present — Williams, P. J., Bastow, Goldman, McClusky and Henry, JJ.

■ ALBERT GARZONE, Respondent, v. ROSE M. IOCONA et al., Appellants.— Same decision and like cause of action as in companion case of *Garzone* v. *Iocona* (12 A D 2d 884).

■ PHILIP GARZONE, Respondent, v. ROSE M. IOCONA et al., Appellants.— Same decision and like cause of action as in companion case of *Garzone* v. *Iocona* (12 A D 2d 884).

■ PHYLLIS C. RAPP, Respondent, v. WILLIAM M. CANSDALE, Appellant. —Judgment unanimously affirmed, with costs. (Appeal from judgment of Monroe Equity Term canceling deeds by plaintiff conveying interests in realty to defendant and directing reconveyance of an undivided one-half interest in said realty to plaintiff.) Present — Williams, P. J., Bastow, Goldman, McClusky and Henry, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN BATTAGLIA, Appellant.— Judgment of conviction unanimously affirmed. (Appeal from judgment of Erie County Court convicting defendant of the crimes of burglary, third degree, attempted grand larceny, first degree, and violation of section 408 of the Penal Law, a felony.) Present — Williams, P. J., Bastow, Goldman, McClusky and Henry, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LUTHER BENNETT, Appellant.— Judgment of conviction unanimously affirmed. (Appeal from judgment of Erie County Court convicting defendant of the crime of grand larceny, second degree.) Present — Williams, P. J., Bastow, Goldman, McClusky and Henry, JJ.

■ (A) ANTHONY ZANE et al., Appellants, v. ANTHONY M. GIACOVELLI, Respondent. (B) NANCY LICATA et al., Appellants, v. WALTER BOYD, Respondent. THOMAS BROWNELL, Respondent, v. STEVEN LADNIUK, Appellant.— Appeal dismissed for failure to comply with previous order.

■ (A) JOSEPH G. D'APRILE, Respondent, v. BUONOMO'S INC., Appellant, et al., Defendants. (B) JAMES DE JOHN et al., Appellants, v. SANTELLI CONSTRUCTION CO., Respondent. (C) ROSE DE VITO et al., Appellants, v. UTICA TRANSIT CORP., Respondent. (D) MARY RICHARDSON et al., Appellants, v. ROSE KINGSLEY, Respondent. (E) NELLIE ROSATO et al., Appellants, v. UTICA TRANSIT CORP., Respondent. (F) PAUL J. SALERNO, Appellant, v. WALTER V. REYNOLDS, Respondent. (G) ALBERT J. SCHNEBLE et al., Respondents, v. FREDERICK NESTICO, Appellant. (H) BENJAMIN E. VILLAREALE, Appellant, v. TERRULI CONSTRUCTION INC., Respondent. (I) BENJAMIN E. VILLAREALE et al., Appellants, v. TERRULI CONSTRUCTION INC., Respondent. (J) JOSEPH GALASSO, Appellant, v. AGATINA B. PALUMBO, Respondent.— Motion granted and appeal dismissed.

■ AMERICAN HARD WALL PLASTER COMPANY, Respondent, v. BOARD OF EDUCATION, CENTRAL SCHOOL DISTRICT NO. 1 OF THE TOWNS OF GERMAN FLATTS,